William H. Burke, Respondent, v. John F. Burke, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concurred.

James B. Wise, Respondent, v. Law Reporting Company, Appellant.— Judgment and order denying motion for new trial reversed and new trial granted, with costs to appellant to abide event, upon the ground that the court committed error in admitting evidence concerning other litigation to which defendant was a party. Order denying defendant's motion for a change of venue and order denying motion for stay of proceedings affirmed. All concurred.

Mary M. Church, Appellant, v. Frank B. Wilson, as Executor, etc., and Others, Respondents.— Motion for additional allowance of costs to the guardian ad litem granted to the extent of allowing such a sum as will with the taxable costs amount to the sum of $250. Motion to amend decision granted so as to provide that the costs awarded to the guardian ad litem, including the additional allowance, shall be payable by the executor out of the estate.

Herbert Hollingshead, v. Grand Trunk Railway Company.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of the City of Rochester to Acquire Lands for Municipal Purposes in the City of Rochester.— Appeal taken by Ann Curvin dismissed, without costs, upon stipulation filed.

In the Matter of Proving the Last Will and Testament of Lillie A. Gale, Deceased.— Appeal dismissed, without costs, upon stipulation filed.

Lake Shore and Michigan Southern Railway Company, Appellant, v. Charles N. Keith and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred; Lambert, J., not sitting. : ·

Emma A. Taylor, as Executrix, etc., of Royal A. Johnson, Deceased Respondent, v. New York Life Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

Hugh M. Berry and Jessie Berry, Respondents, v. William W. Arland and William J. Park, Appellants.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the plaintiffs have an adequate remedy at law and that there are no findings of fact which do and no evidence to warrant findings which would support the judgment.

Charles Ahr, as Administrator, etc., of Walden C. Ahr, Deceased, Respondent, v. International Railway Company and Crosstown Street Railway Company of Buffalo, Appellants.— Judgment and order affirmed, with costs. All concurred.

Charles Ketcham, Respondent, v. James Stewart and Alexander M. Stewart, Appellants.— Judgment affirmed, with costs. Held, that the defendants, having objected to the evidence as to the cost of repairs and having obtained a ruling in their own favor, cannot be heard to insist upon a reversal because the like evidence when offered by them was excluded. All concurred, except Kruse, J., who dissented upon the ground that the